# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HUGO ADAN GALAVIZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel,

IT IS ORDERED that Defendant Galaviz's sentencing is rescheduled to January 21, 2010, at 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated January 8, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge